39482. PETTAWAY v. CITY OF ALBANY *et al.*

EBERHARDT, Judge. 1. A suit by a widow to recover the full value of the life of her husband, alleged to have been fatally injured by negligent acts of the defendant city, is a suit for damages arising from injuries to the person. *Atlantic, V. & W. R. Co. v. McDilda*, 125 Ga. 468 (54 SE 140, 114 ASR 240); *Cantrell v. Davis*, 176 Ga. 745 (169 SE 38); *Ivester v. Southern Ry. Co.*, 61 Ga. App. 364 (6 SE2d 214). See *Lundy v. City Council of Augusta*, 51 Ga. App. 655, 659 (4) (181 SE 237).

2. Where it does not appear from the petition itself that the ante litem notice, required by *Code* § 69-308, was given within the time therein provided, the city's general demurrer was properly sustained. *Saunders v. City of Fitzgerald*, 113 Ga.

740

619 (38 SE 978); *Newton v. City of Moultrie,* 37 Ga. App. 631 (3) (141 SE 322); *Peek v. City of Albany,* 101 Ga. App. 564 (114 SE2d 451); *City of Atlanta v. Barrett,* 102 Ga. App. 469, 471 (116 SE2d 654).

*Judgment affirmed. Carlisle, P. J., and Russell, J., concur.*

Decided April 10, 1962.

*Burt & Burt, W. H. Burt,* for plaintiff in error.

*Smith, Gardner, Kelley & Wiggins, Asa D. Kelley, Jr., Frank H. Lowe, Jr.,* contra.